IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL STRATEGIC CANCER ALLIANCE, LLC**<br><br>v.<br><br>**STICHTING KATHOLIEKE UNIVERSITEIT** | **CIVIL ACTION**<br><br>**NO. 17-2024** |

## ORDER

**AND NOW** this 18th day of October, 2017, based on the foregoing Memorandum, the Court **ORDERS**:

The Motion to Dismiss is **GRANTED** without prejudice as to Counts II, III and IV with leave to re-plead within 14 days, and **DENIED** as to Count I.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**