IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL STRATEGIC CANCER ALLIANCE, LLC | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 17-2024 |
| | : | |
| STICHTING KATHOLIEKE UNIVERSITEIT | : | |
| Defendant | : | |

**NOTICE**

To:   Counsel of Record

TAKE NOTICE that a **Telephone Conference re: status** is scheduled in the above-captioned matters with Magistrate Judge David R. Strawbridge for **Wednesday, February 28, 2018 at 9:15 a.m.** Counsel for plaintiff is directed to initiate this call and once all counsel are on the line, to join Chambers in the teleconference (Chambers ph:   267-299-7790).

/s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 - phone

Date:   February 23, 2018

-Notice filed via ECF