IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL STRATEGIC CANCER ALLIANCE, LLC** <br><br> v. <br><br> **STICHTING KATHOLIEKE UNIVERSITEIT** | **CIVIL ACTION** <br><br> **NO. 17-2024** |

## ORDER

**AND NOW**, this 12th day of March, 2018, pursuant to 28 U.S.C. § 636(b)(1)(A), it is hereby **ORDERED** that this case is referred to Magistrate Judge David Strawbridge for all pretrial discovery matters for resolution.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 17\17-2024 INTL STRATEGIC CANCER V STICHTING\17CV2024 REFER PRETRIAL DISCOV TO MAGISTRATE STRAWBRIDGE.DOCX